UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM H. ALSUP, et al.,<br><br>        Defendants. | Case No. 20-mc-80178-EMC<br><br>**ORDER DISMISSING CASE** |

The Court recently dismissed a lawsuit initiated by Plaintiff against judges in this District, Ninth Circuit judges, and USAO attorneys. *See Wade v. Alsup*, No. 20-mc-80167 EMC (N.D. Cal.) (Docket No. 5). In the instant case, Plaintiff now sues, purportedly on behalf of the United States, the same defendants based on the same underlying facts.

The Court rules consistent with its order in *Wade v. Alsup*. That is, the Court has reviewed the complaint and finds that it does not state a potentially cognizable claim. Therefore, in accordance with the Order filed on June 24, 2010, in *Wade v. Gilliland*, No. C-10-0425 WHA (N.D. Cal.), the Clerk is directed not to accept the complaint for filing and this action is dismissed.

**IT IS SO ORDERED**.

Dated: October 8, 2020

_____
EDWARD M. CHEN
United States District Judge